UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LYNN JONES </br></br> Plaintiff, </br></br> v. </br></br> COMMISSIONER OF SOCIAL SECURITY, </br></br> Defendant. | Case No.: 1:14-cv-00416- JLT </br></br> ORDER GRANTING EXTENSION OF TIME </br></br> (Doc. 10) |

On October 16, 2014, the parties stipulated for Plaintiff to have an extension of time to serve Defendant with a confidential letter brief. (Doc. 10.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Plaintiff **SHALL** serve Defendant with a confidential letter brief no later than **November 15, 2014**.

IT IS SO ORDERED.

Dated:   **October 21, 2014**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1