# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LYNN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00416- JLT<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

　　　　On January 21, 2015, the parties filed a stipulation for Plaintiff Shirley Lynn Jones, to have an extension of time to file opening brief. (Doc. 14.) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added.) Previously, Plaintiff was granted additional time to prepare and serve her confidential letter brief. (Docs. 10-11.)

　　　　Here, despite having been granted a previous extension of time, Plaintiff's counsel requests the extension of forty-five days from January 21, 2015 to March 7, 2015 "due to unforeseen circumstances and reduction in staff." (Doc. 14 at 2.) However, Plaintiff does not explain what these circumstances are or how they impact the ability to timely file Plaintiff's brief. The Court will, nonetheless, grant the requested extension in order to ensure that the quality of the work done for Plaintiff is not compromised.

　　　　Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED** in part;

2. Plaintiff **SHALL** file an opening brief no later than **February 20, 2015;** and

**<u>Counsel are cautioned that absolutely no further extensions of time will be granted without a showing of good cause.</u>**

IT IS SO ORDERED.

Dated:   **January 23, 2015**             /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE