# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LYNN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00416 - JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO THE PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. 17) |

On February 23, 2015, the parties filed a stipulation (Doc. 17) that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The parties' stipulation satisfies the requirements of Rule 41. Accordingly, **IT IS HEREBY ORDERED**:

　　1.　The matter is **DISMISSED WITHOUT PREJUDICE**; and

　　2.　The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated:　**February 24, 2015**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1